**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| versus | § § | Case No. 2:19–mj–02842 |
| Luis Angel Hernandez–Monreal, Emilio Antonio Guerra–Aguirre | § | |

## ORDER APPOINTING CJA COUNSEL

     Attorney Gabriel Marc Cervantes is appointed to represent material witness(es);

Veronica Velasquez–Andres.

     Initial Appearance is scheduled for 7/26/2019 at 1:30 PM.

     Counsel shall review the CJA Plan for the Southern District of Texas, available on the Court's website. Further, it is ORDERED that appointed counsel may not require, request, or accept any payment, promise of payment, or any other valuable consideration for representation under the CJA, or any other matter, unless the payment is approved by order of the Court. Unless you receive permission from the Court, you are prohibited from being retained by a CJA client in any and all legal matters.

     Counsel will be notified electronically via CM/ECF.

     ORDERED the 25th of July 2019.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE